UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACIA GREEN,

    Plaintiff,

v.

                                      Case No. 1:23-cv-485

STATE OF MICHIGAN, et al.,          HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit on May 9, 2023 by filing a complaint (ECF No. 1). Plaintiff was granted pauper status on May 18, 2023 (ECF No. 6). On May 22, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith and, should

Plaintiff appeal this decision, the $505.00 appellate filing fee will be assessed pursuant to Section 1915(b)(1).  *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

      A Judgment will be entered consistent with this Order.


Dated:  June 20, 2023                            /s/ Paul L. Maloney  
                                                           Paul L. Maloney  
                                                           United States District Judge