UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACIA GREEN,

    Plaintiff,

v.

                                            Case No. 1:23-cv-485

STATE OF MICHIGAN, et al.,                 HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  June 20, 2023                                    /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge